FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 NOV -4 PM 4:09

U.S. DISTRICT COURT
SOUTHERN DIST OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. **1:20CR136** |
| | : | Honorable Stephanie K. Bowman |
| vs. | : | |
| | : | **MOTION AND ORDER TO** |
| JEFFREY PASTOR and | : | **SEAL INDICTMENT** |
| TYRAN MARSHALL | | |

The United States respectfully requests that the Court seal the Indictment, Arrest Warrants, and any other pleadings in the above-numbered case. Disclosure of the existence of these documents prior to the arrest of the defendants could hinder or impede law enforcement efforts.

Respectfully submitted,

DAVID M. DeVILLERS
United States Attorney

*s/Matthew C. Singer*
EMILY N. GLATFELTER (0075576)
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorney
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202

IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be sealed.

11/4/2020
DATE

/HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge