IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                               Case No. 1:20-cr-00136(1)

JEFFREY PASTOR

    Defendant.

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the (Select a Proceeding)

    Accordingly, the proceeding held on this date may be conducted by:

    [✓]    video teleconference

    [ ]    teleconference, because video teleconferencing is not reasonably available for the following reasons:

        [ ]    that the defendant is detained at a facility that is lacking video teleconferencing capability.

        [ ]    other.

**IT IS SO ORDERED.**

*/s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

DATE: 11/10/2020