## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 1:20-CR-00136-MWM** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE McFARLAND** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **JEFFREY PASTOR** | ) | |
| | ) | |
| **Defendant.** | | |

## NOTICE OF DISQUALIFICATION

Now comes Benjamin G. Dusing, counsel for Defendant, and hereby respectfully gives notice of his disqualification as an attorney, by Order of the Ohio Supreme Court dated March 1, 2022 (Case No. 2022-0209) ordering his interim remedial suspension.

Respectfully submitted,

*/s/ Benjamin G. Dusing*
Benjamin G. Dusing (0078572)
809 Wright's Summit Parkway, Suite 120
Fort Wright, KY 41011
Telephone: (859) 635-5000
Email: bdusing@bgdlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 24th day of March, 2022, I electronically filed the foregoing with the

Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF

participants.


*/s/ **Benjamin G. Dusing***_____
Benjamin G. Dusing